UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

C.A. No. 04-12039-WGY

| | |
|---|---|
| WAYNE A. SCHERGER, <br> d/b/a PROTECT PAINTERS <br> *Plaintiff*, <br> <br> v. <br> <br> SCOTT ESTABROOKS and <br> JTC & COMPANY, INC. <br> *Defendants* | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

**ANSWER AND JURY DEMAND OF
DEFENDANT JTC & COMPANY., INC.**

The defendant, JTC & Company, Inc. ("JTC"), through counsel, Answers the Plaintiff's Complaint as follows:

1. JTC lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in this paragraph and calls upon the Plaintiff to prove same.

2. JTC lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in this paragraph and calls upon the Plaintiff to prove same.

3. JTC lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in this paragraph and calls upon the Plaintiff to prove same.

4. Admitted.

5. This paragraph contains a statement of law only and requires no responsive pleading. To the extent that any factual allegation is made in this paragraph, JTC calls upon the Plaintiff to prove same.

6. This paragraph contains a statement of law only and requires no responsive pleading. To the extent that any factual allegation is made in this paragraph, JTC

calls upon the Plaintiff to prove same.

7. JTC lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in this paragraph and calls upon the Plaintiff to prove same.

8. JTC lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in this paragraph and calls upon the Plaintiff to prove same.

9. JTC lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in this paragraph and calls upon the Plaintiff to prove same.

10. JTC lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in this paragraph and calls upon the Plaintiff to prove same.

11. JTC lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in this paragraph and calls upon the Plaintiff to prove same.

12. JTC admits that defendant Estabrooks went to work for JTC. JTC lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in the remainder of the paragraph and calls upon the Plaintiff to prove same.

13. JTC admits that defendant Estabrooks has been and is working for JTC. JTC denied the remainder of the allegations in this paragraph.

14. Denied.

15. This paragraph contains allegations about a document and JTC responds that the document speaks for itself. To the extent a responsive pleading is required, JTC denies the allegations.

16. This paragraph contains allegations about a document and JTC responds that the document speaks for itself. To the extent a responsive pleading is required, JTC

denies the allegations.

17. This paragraph contains allegations about a document and JTC responds that the document speaks for itself. To the extent a responsive pleading is required, JTC denies the allegations.

18. This paragraph contains allegations about a document and JTC responds that the document speaks for itself. To the extent a responsive pleading is required, JTC denies the allegations.

19. This paragraph contains allegations about a document and JTC responds that the document speaks for itself. To the extent a responsive pleading is required, JTC denies the allegations.

20. Denied.

21. Denied.

22. Denied.

23. Admitted.

24. The allegations in this paragraph are impossibly vague and therefore JTC lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in this paragraph and calls upon the Plaintiff to prove same.

25. The allegations in this paragraph are impossibly vague and therefore JTC lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in this paragraph and calls upon the Plaintiff to prove same.

26. The allegations in this paragraph are impossibly vague and therefore JTC lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in this paragraph and calls upon the Plaintiff to prove same.

27. The allegations in this paragraph are impossibly vague and therefore JTC lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in this paragraph and calls upon the Plaintiff to prove same.

28. The allegations in this paragraph are impossibly vague and therefore JTC lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in this paragraph and calls upon the Plaintiff to prove same.

29. The allegations in this paragraph are impossibly vague and therefore JTC lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in this paragraph and calls upon the Plaintiff to prove same.

30. This paragraph contains allegations about a document and JTC responds that the document speaks for itself. To the extent a responsive pleading is required, JTC lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in this paragraph and calls upon the Plaintiff to prove same.

31. This paragraph contains allegations about a document and JTC responds that the document speaks for itself. To the extent a responsive pleading is required, JTC lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in this paragraph and calls upon the Plaintiff to prove same.

32. JTC lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in this paragraph and calls upon the Plaintiff to prove same.

33. Denied.

34. Denied.

35. Denied.

36. Admitted.

37. Denied.

38. Denied.

39. No response required.

40. No response required.

41. No response required.

42. No response required.

43. No response required.

44. No response required.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. No response required.

50. Denied.

51. Denied.

52. Denied.

53. No response required.

54. Denied.

55. Denied.

56. No response required.

57. Denied.

58. Denied.

59. Denied.

## AFFIRMATIVE DEFENSES

1. Failure to state a claim upon which relief may be granted.

2. Plaintiff is estopped from asserting its claims.

3. Plaintiff cannot recover because of a lack of privity.

4. The Plaintiff's damages, if any, were caused by persons over whom the Defendant is not in control and for whose acts the Defendant is not responsible.

5. The Plaintiff has failed to mitigate its damages.

6. The Plaintiff has not suffered any damages.

7. The Plaintiff's damages are limited by the terms of its agreement with defendant Estabrooks.

8. The contract under which the Plaintiff seeks recovery is unenforceable.

9. The Plaintiff is barred from recovery by its waiver of any rights it may have had.

10. The Plaintiff does not own the copyright it seeks to enforce.

11. The work for which the Plaintiff seeks to enforce its copyright is not original.

12. The work the Plaintiff sought to copyright is not copyrightable subject matter.

13. The acts upon which the Plaintiff bases its complaint allegedly occurred before the Plaintiff registered the copyright and therefore the Plaintiff cannot recover statutory damages or attorney's fees.

14. There was no unauthorized copying of original work.

15. There is no probative similarity between the allegedly protected work and the allegedly infringing work.

16. The Plaintiff cannot show that JTC received any direct financial benefit from any alleged infringement.

17. The Plaintiff cannot recover due to its unclean hands.

18. The Plaintiff cannot recover due to its laches.

19. The Plaintiff's claims must be dismissed or stayed because they must be arbitrated with Estabrooks.

20. The Plaintiff's damages are limited by the terms of its agreement with Estabrooks.

21. The Plaintiff's interference claims must be dismissed because JTC did not act with improper means or motive.

22. The Plaintiff's Chapter 93A claims are preempted by the Federal claims.

23. The Plaintiff has failed to identify any confidential information and Estabrooks provided no confidential information to JTC.

24. The Plaintiff has failed to identify any confidential information and Estabrooks provided no confidential information to JTC.

25. The Plaintiff has failed to identify any trade secrets and Estabrooks provided no trade secrets to JTC.

26. The Plaintiff has no legitimate business interest worthy of protection.

## CLAIM FOR JURY TRIAL

JTC demands a trial by jury on all matters so triable.

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

No parent corporation.

JTC & COMPANY, INC.,

*By its attorneys,*

MORISI & OATWAY, P.C.

Dated: 1/7/05

Andrew C. Oatway BBO #561885
Adam P. Whitney BBO #637777
MORISI & OATWAY, P.C.
1400 Hancock Street, Third Floor
Quincy, MA 02169-5203
Tel: (617) 479-0400
Fax: (617) 479-6885

## CERTIFICATE OF SERVICE

I hereby certify on this day that a true copy of the within document was served upon the attorney of record for each party by hand/overnight courier/US Mail/fax.

Date: 1/10/05        ACO