UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

C.A. No. 04-12039-WGY

| | |
|---|---|
| WAYNE A. SCHERGER, <br> d/b/a PROTECT PAINTERS <br> *Plaintiff*, <br> <br> v. <br> <br> SCOTT ESTABROOKS and <br> JTC & COMPANY, INC. <br> *Defendants* | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

### DEFENDANT JTC & COMPANY, INC.'S MOTION TO STAY

The defendant, JTC & Company, Inc. ("JTC"), through counsel, respectfully moves this Court to exercise its discretion and inherent powers to stay the plaintiff, Wayne A. Scherger's ("Scherger") claims against JTC until such time as the related arbitration against co-defendant Scott Estabrooks ("Estabrooks") is completed. Attached hereto is a proposed Order.

JTC relies upon the pleadings and motions already on file with this Court, including Estabrooks' pleading caption as "*Defendant Scott Estabrooks' Motion to Dismiss /Motion for Summary Judgment on Count I of Complaint in Light of Pending Arbitration Proceedings, or, In the Alternative, (1) Motion to Stay Case Pending Completion of Pending Arbitration Proceedings (2) Motion to Compel Plaintiff to Seek to Assert Claims Set Forth in Count I of Complaint in Pending Arbitration Proceedings and (3) Motion for a More Definite Statement,*" the background facts set forth in Estabrooks' accompanying *Memorandum*, and the *Affidavit of John J. Burke*.

1

JTC also relies on its Memorandum in Support of Its Motion to Stay, filed herewith. A proposed Order is filed herewith.

JTC & COMPANY, INC.,

*By its attorneys,*

MORISI & OATWAY, P.C.

Dated: 1/12/05

_____
Andrew C. Oatway BBO #561885
Adam P. Whitney BBO #637777
MORISI & OATWAY, P.C.
1400 Hancock Street, Third Floor
Quincy, MA 02169-5203
Tel: (617) 479-0400
Fax: (617) 479-6885

**LOCAL RULE 7.2 CERTIFICATION**

I, Andrew C. Oatway, Esq., counsel for Defendant JTC & Company, Inc., hereby certify that on January 7, 2005 at approximately 2:00 p.m., I spoke by telephone with Cheri L. Crow, Esq., counsel for the Plaintiff, in a good faith effort to narrow or resolve the within Motion.

_____ (APW)

**CERTIFICATE OF SERVICE**

I hereby certify on this day that a true copy of the within document was served upon the attorney of record for each party by hand/overnight courier/US Mail/fax.

Date: 1/12/05        _____

2