# MORISI & OATWAY, P.C.
### A Professional Corporation
### ATTORNEYS AT LAW

FILED
IN CLERKS OFFICE

2005 JAN 25 P 3: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

MICHAEL V. MORISI  (1957-2000)

ANDREW C. OATWAY*
PAUL C. BIJKERSMA
AMANDA P. O'REILLY
EVE G. STROTHER
ADAM P. WHITNEY

* Also admitted in Connecticut

Voice    617.479.0400 ext. 108
Fax    617.479.6885
apw@morisi.com

January 24, 2005

Cheri Crow, Esq.
23 Walkers Brook Drive
Suite 40
Reading, MA 01867

**BY FAX: 781-944-8495**

RE:    *Scherger d/b/a Protect Painters v. Estabrooks and JTC & Company, Inc.*
       *Civil Action No. 04-12039-WGY*

Dear Attorney Crow:

Please be aware that, pursuant to a conversation with the Court last week, it is our understanding that the Court intends to hear oral arguments on *Defendant JTC & Company, Inc.'s Motion to Stay* [Docket Entry 6] at the same time and date as the oral arguments on Scott Estabrooks' Motions [Docket Entry 2], **Thursday, January 27 at 2:00 p.m.**

Kindly fax and mail us your Opposition, if any, before that date.  Thank you.

Very truly yours,

Adam P. Whitney

Pc:    JTC & Company, Inc. (**By First Class Mail**)
Pc:    John Burke, Esq. (**By Fax**)
Pc:    Civil Clerk, Attn. Bonnie Smith (**By First Class Mail**)

1400 HANCOCK STREET  THIRD FLOOR  QUINCY  MASSACHUSETTS  02169-5203