UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

C.A. No. 04-12039-WGY

| | |
|---|---|
| WAYNE A. SCHERGER, <br> d/b/a PROTECT PAINTERS <br> *Plaintiff*, | * <br> * <br> * <br> * |
| v. | * <br> * |
| SCOTT ESTABROOKS and <br> JTC & COMPANY, INC. <br> *Defendants* | * <br> * <br> * |

**JOINT MOTION FOR CLARIFICATION**

Now come the parties and respectfully move that the Court clarify what the parties believe to be a clerical error in a recent ruling by the Court. The parties believe that the Clerk's Electronic Notes, entered on the docket on January 31, 2005, are at variance with the Court's oral ruling from the bench. This ruling will seriously impact how this case is litigated. The electronic notes indicate that Count One is stayed. Count One is a claim for copyright infringement against Scott Estabrooks and is the only claim against Estabrooks.

The parties understood from Judge Young's oral statement that Count One would not be stayed. The parties also understood that Count Two, the copyright claim against JTC & Company, Inc., would not be stayed. The parties also understood that Counts Three, Four and Five, the state law claims against JTC & Company, Inc., would be stayed pending arbitration.

1

The parties cannot effectively conduct discovery and prepare for trial without clarification. In fact, the Court orally ordered that discovery must only focus on issues that were not being stayed.

WHEREFORE, The parties respectfully request that the Court clarify what they parties believe to be a discrepancy between Judge Young's oral statements and the Court's electronic notes on the docket.

> WAYNE A. SCHERGER d/b/a
> PROTECT PAINTERS
>
> *By his attorney,*
>
> CHERI L. CROW, ESQ.
>
> /s/ Cheri L. Crow
> Cheri L. Crow
> CHERI L. CROW, ESQ.
> 23 Walkers Brook Drive
> Suite 40
> Reading, MA 01867
> Tel: (781) 944-8470
> Fax: (781) 944-8495
>
> SCOTT ESTABROOKS
>
> *By his attorney,*
>
> LAW OFFICES OF JOHN J.
> BURKE, LLC
>
> /s/ John J. Burke
> John J. Burke
> LAW OFFICES OF JOHN J.
> BURKE, LLC
> 30 Massachusetts Avenue, #2
> North Andover, MA 01845
> Tel: (978) 681-1570

JTC & COMPANY, INC.,

*By its attorneys,*

MORISI & OATWAY, P.C.

<u>/s/ Adam P. Whitney</u>
Andrew C. Oatway BBO #561885
Adam P. Whitney BBO #637777
MORISI & OATWAY, P.C.
1400 Hancock Street, Third Floor
Quincy, MA 02169-5203
Tel: (617) 479-0400
Fax: (617) 479-6885