UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

C.A. No. 04-12039-WGY

| | |
|---|---|
| WAYNE A. SCHERGER, <br> d/b/a PROTECT PAINTERS <br> *Plaintiff*, <br> <br> v. <br> <br> SCOTT ESTABROOKS and <br> JTC & COMPANY, INC. <br> *Defendants* | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

### DEFENDANT JTC & COMPANY, INC.'S
### RULE 26(a)(3) PRETRIAL DISCLOSURES

The defendant, JTC & Company, Inc. ("JTC"), hereby submits its Pretrial Disclosures pursuant to Fed. R. Civ. P. 26(a)(3).

**A.    Identity of Witnesses.**

    **1.    Current Employees of JTC.**

The following current employees of JTC have a business address of 192 Worcester Road, Wellesley, MA 02481. They can be contacted through the undersigned attorneys or the attorney for the co-defendant.

Tim Callahan, President of JTC: Mr. Callahan has knowledge of the mass mailings of JTC.

Scott Estabrooks: Mr. Estabrooks has knowledge of his employment with the plaintiff; the plaintiff's use of mass mailings; JTC's use of mass mailings.

    **2.    Protect Painters Employees:**

Wayne A. Scherger, only if the need arises.

Other ProTect Painter's employees yet to be identified with knowledge of financial matters, advertising matters and the creation of the copyrighted material.

3. **Others**:

As yet to be identified creators and distributors of painting mailers similar to the Plaintiff's alleged copyrighted materials, only if the need arises.

**B.    Documents**

1. If the need arises, mailers similar to the Plaintiff's copyrighted materials. These are available for inspection and copying at JTC's attorney's office.
2. If the need arises, documents relating to JTC's costs and expenses to calculate net profits for revenues identified by the Plaintiff as resulting from the alleged infringement and documents related to elements of revenue or profit attributable to factors other than the alleged infringement - JTC cannot yet identify these documents with specificity until the Plaintiff specifies its alleged damages.

JTC reserves the right to amend and supplement these Pretrial Disclosures when and if more information becomes available to it.

JTC & COMPANY, INC.,

*By its attorneys,*

MORISI & OATWAY, P.C.

/s/ Adam P. Whitney
Andrew C. Oatway BBO #561885
Adam P. Whitney BBO #637777
MORISI & OATWAY, P.C.
1400 Hancock Street, Third Floor
Quincy, MA 02169-5203
Tel: (617) 479-0400
Fax: (617) 479-6885

**CERTIFICATE OF SERVICE**

I hereby certify on this day that a true copy of the within document was served upon the attorney of record for each party by US Mail.

Date: 4/1/05             /s/ Adam P. Whitney