UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

C.A. No. 04-12039-WGY

| | |
|---|---|
| WAYNE A. SCHERGER, | * |
| d/b/a PROTECT PAINTERS | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| SCOTT ESTABROOKS and | * |
| JTC & COMPANY, INC. | * |
| *Defendants* | * |

**DEFENDANT JTC & COMPANY, INC.'S
MOTION FOR SUMMARY JUDGMENT and
CONCISE STATEMENT OF UNDISPUTED MATERIAL FACTS**

The defendant, JTC & Company, Inc. ("JTC"), through counsel, moves for entry of summary judgment on Count II of the Complaint for copyright infringement. JTC should be awarded summary judgment on the grounds that, after removing the non-protectible portions of ProTect's alleged copyrighted mailer, JTC's mailer is not substantially similar. Any impression of similarity between the two mailers rests only upon similarities as to elements that are not protected by copyright law. Thus, Protect cannot meet its heavy burden of showing near identicality between its copyrighted material and the alleged infringing material. JTC's motion for summary judgment on Count II should therefore be allowed. JTC relies on the pleadings and the accompanying Memorandum filed herewith.

JTC also moves for an award of attorneys' fees and costs.

## CONCISE STATEMENT OF UNDISPUTED MATERIAL FACTS
## PURSUANT TO LOCAL RULE 56.1

1. Wayne A. Scherger d/b/a ProTect Painters ("ProTect") alleges that it was the original creator of a painting advertising mailer ("ProTect Mailer"), [Complaint ¶ 30].

2. A copy of ProTect's Mailer is attached hereto as **Exhibit A** (ProTect provides a copy of its alleged Mailer with its Complaint at Exhibit 2).

3. ProTect alleges that it created and first published its Mailer in March 1996. [Complaint Ex. 3].

4. ProTect alleges that it filed for copyright protection for the ProTect Mailer in May 2003, seven years after it first published it. [Complaint Ex, 3].

5. ProTect alleges that JTC, in violation of ProTect's copyright, copied its Mailer by producing a similar Mailer (the "JTC Mailer"), a copy of which is attached as **Exhibit B**. [Complaint ¶33, Exhibit 4].

WHEREFORE, this Defendant JTC & Company, Inc. requests that this Court award summary judgment in its favor as to Count II and order the plaintiff to pay JTC's attorneys' fees and costs.

JTC & COMPANY, INC.,
*By its attorneys,*

MORISI & OATWAY, P.C.

/s/ Adam P. Whitney
Andrew C. Oatway BBO #561885
Adam P. Whitney BBO #637777
MORISI & OATWAY, P.C.
1400 Hancock Street, Third Floor
Quincy, MA 02169-5203
Tel: (617) 479-0400
Fax: (617) 479-6885

## LOCAL RULE 7.2 CERTIFICATION

I, Andrew C. Oatway, Esq., counsel for Defendant JTC & Company, Inc., hereby certify that on April 5, 2005 in the mid-morning, I spoke by telephone with Cheri L. Crow, Esq., counsel for the Plaintiff, in a good faith effort to narrow or resolve the within Motion.

/s/ Andrew C. Oatway

## CERTIFICATE OF SERVICE

I hereby certify on this day that a true copy of the within document was served upon the attorney of record for each party by US Mail.

Date: 4/07/05     /s/ Adam P. Whitney

# EXHIBIT A

*FROM:                                        PHONE NO.:                    OCT 08 2004 09:18AM P14

# ProTect Painters®

Mr. John E. Hutchins, Jr.
OR CURRENT RESIDENT
362 Atherton St.
Milton, MA 02186-3610

Dear Mr. Hutchins

ProTect Painters is the answer to all of your painting needs. We have become one of the largest painting and decorating companies because we have the experience to handle all of your requirements, no matter how large or small. Our Five Star Service is not just our slogan but the way we approach every job.

**★ Dependable**
We will return your call promptly, do a thorough needs analysis with you, give you a detailed written estimate, and deliver what we promise. You can count on us to do the job right the first time – every time!

**★ Quality**
Our crews are experienced, well trained professionals who know that quality comes first. We use only top brands of paint and tools to make your job last. The greatest proof of this is our long list of satisfied customers!

**★ Environmentally Friendly**
We recommend the use of current "state-of-the-art" products/materials to help preserve the environment.

**★ Clean & Courteous**
Our staff work swiftly and professionally. We work on your project from start to finish to ensure a timely completion without interruptions. We also believe that our efficiency is enhanced by our neatness and cleanliness which makes the whole job turn out better.

**★ Full Service**
We specialize in residential painting, both interior and exterior. We can also provide you with many specialized skills that go hand in hand with a painting job (rough carpentry, interior decorating). Allow us to set up an appointment at your convenience to discuss your painting needs. So make the right choice, call (800) 824-8881, or send in the enclosed postage paid reply slip. We know you take your painting seriously, and so do we!

Sincerely,

*Jamie Cox*

Jamie Cox
Massachusetts Home Improvement Contractor # 120869

### It's Time To Paint!

Here's your opportunity to receive a FREE estimate for all of your painting needs!

★ Competitive Prices
★ Detailed Estimate
★ Local References
★ Top Quality Materials
★ Fully Insured

**Get a FREE Estimate Today**
800-824-8881

— PLEASE DETACH AND MAIL REPLY IN PROVIDED RETURN ENVELOPE —

# ProTect Painters®

Mr. John E. Hutchins, Jr.
OR CURRENT RESIDENT
362 Atherton St.
Milton, MA 02186-3610
lll....l.l....lll..l..ll..ll.....llll...ll...l.l.l.l.

(        )
PHONE (HOME)                    BEST TIME TO CALL


Exhibit 2

☑ **YES!** Please call me to schedule my **FREE ESTIMATE!**

☐ **EXTERIOR**   ☐ **INTERIOR**

Simply mail this card in the postage-paid envelope provided or call toll-free at (800) 824-8881

**Visit our Website at**
**www.protectpainters.com**

01-033913

# EXHIBIT B

# Spring is Here, It's Time to Paint!

Glenn A. Baker
6 Oak Hill Rd.
Needham, MA 02492-4032

35 Years of
Painting Excellence

Dear Neighbor,

At JTC & Company, Inc. we are about to begin our 35th painting season. We are one of the largest, best quality painting and decorating companies in the industry. We have the experience to handle all of your interior and exterior painting and decorating needs, no matter how large or small. Our Five Star Service is guaranteed!

★ **CSF2**
Client Satisfaction First and Foremost. We treat all our customers like family. We believe in building lasting relationships, and take great pride in our repeat business.

★ **Experience**
We have been in business for over 35 years. Our staff draws on multiple generations of experience and specializes in identifying and solving the cause of your painting problems.

★ **Quality**
Our crews are experienced painting professionals, who understand that quality comes first. We specialize in the restoration of older homes and accenting period details. We use top quality products and tools to ensure that your job will last.

★ **Clean & Courteous**
Our staff works quickly and efficiently from start to finish to ensure a timely completion of your project. Job sites are cleaned daily upon completion and our staff is always courteous.

★ **Full Service**
Painting is just a part of what we do, JTC & Company is a design and build firm. Our custom home building and renovation divisions have access to a large network of subcontractors that includes plumbers, electricians, HVAC contractors and more!

Work may be scheduled any time in 2003. Please call for a **FREE ESTIMATE TODAY** at 781-235-9488. We look forward to adding you to our list of satisfied customers!

Sincerely,

Jon M. Callahan
Massachusetts Home Improvement Contractor #119619
Construction Supervisor license #061651

★ *Two-Year Warranty*

★ *Local References*

★ *Fully Insured*

★ *Committed to Excellence*

★ *Professional, Courteous Staff*

★ *Specializing in Restoration & Period Details*

## Call Today for a FREE Estimate
781-235-9488

**YES! I am interested in a FREE painting estimate. Please contact me to schedule an appointment.**

Use the space below to refer someone or update your contact information.  ☐ Interior  ☐ Exterior

Expert Painting Solutions

Glenn A. Baker
6 Oak Hill Rd.
Needham, MA 02492-4032

Name _____
Address _____
City _____ State ___ Zip ___
Phone _____ Email _____

Exhibit 4

01-005201

