UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 04-12039-WGY

*************************************************
                                                *
WAYNE A SCHERGER,                               *
    D/B/A PROTECT PAINTERS                      *
        Plaintiff                                *
                                                *
v.                                              *
                                                *
SCOTT ESTABROOKS and JTC & COMPANY, INC.,       *
        Defendants                               *
                                                *
*************************************************

## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

I, Wayne Scherger d/b/a Protect Painters, and I, Cheri L. Crow, Esq., certify that we have conferred and discussed the establishment of a budget for the course of conducting the full course - and various alternative courses - of the litigation in the above-captioned matter as well as the consideration of the resolution of the litigation through the use of various alternative dispute resolution programs.

PLAINTIFF                                       PLAINTIFF'S COUNSEL

_____                       _____
Wayne Scherger                                  Cheri L. Crow, Esq. BBO#106830
                                                23 Walkers Brook Drive
                                                Reading, MA  01867
                                                (781) 944-8470

## CERTIFICATE OF SERVICE

I, Cheri L. Crow, Esq., attorney for Plaintiff Wayne Scherger d/b/a Protect Painters, do hereby certify that on this 5th day of April, 2005, I served the foregoing pleading upon all parties by mailing a copy of same, postage prepaid, to:

John J. Burke, Esq.
Law Offices of John J. Burke, LLC
30 Massachusetts Avenue #2
North Andover, MA  01845


Andrew C. Oatway, Esq.
Morisi & Oatway, P.C.
1400 Hancock Street, Third Floor
Quincy, MA  02169-5203

_____
Cheri L. Crow, Esq.