UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 04-12039-WGY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WAYNE A SCHERGER,
D/B/A PROTECT PAINTERS
Plaintiff

v.

SCOTT ESTABROOKS and JTC & COMPANY, INC.,
Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED
in Open Court
USDC, Mass
Date 5-6-05
By
Deputy Clerk

## PLAINTIFF'S PRETRIAL DISCLOSURES

Pursuant to Rule 26(A)(3) Of the Federal Rules of Civil Procedure, the Plaintiff Wayne Scherger d/b/a Protect Painters hereby submits his Pretrial Disclosures.

A.   IDENTITY OF WITNESSES

    Wayne A. Scherger

    Scott Estabrooks

    Tim Callahan

Witnesses to be called only if needed:

    Craig Blake or Kathy Rousseau of W.A. Wilde Company.

    Amy Strauch, President, What Design

    Troy Anderson

    Ralph Dumican

       Kenneth J. Cleary

       Fred Schernecker

B.    TESTIMONY BY DEPOSITION

       None.

C.    EXHIBITS

       May 2, 2003 Letter from Suzanne C. Cummings, Esq. to JTC & Company, Inc.

       JTC Mailer (Complaint Exhibit)

       Protect Painters Mailer (Complaint Exhibit)

       Copyright Registration (Complaint Exhibit)

       JTC financial documents evidencing its gross revenues

       Exhibits only if needed

       Competitors' mailers (previously produced).

       Wayne Scherger
       d/b/a Protect Painters
       By his attorney,

       _____
       Cheri L. Crow, Esq. BBO# 106830
       23 Walkers Brook Drive
       Reading, MA  01867
       781-944-8470

## CERTIFICATE OF SERVICE

    I, Cheri L. Crow, Esq., counsel for plaintiff Wayne Scherger d/b/a Protect Painters do hereby certify that on this 4th day of May, 2005, I served the foregoing pleading upon all counsel of record by overnight delivery, postage prepaid, to:

Adam P. Whitney, Esq.
Morisi & Oatway
1400 Hancock Street, Third Floor
Quincy, MA   02169-5203

And by regular mail, postage prepaid, to:

John J. Burke, Esq.
Law Offices of John J. Burke, LLC
30 Massachusetts Avenue, #2
North Andover, MA   01845

_____
Cheri L. Crow, Esq.