UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 04-12039-WGY

***************************************

WAYNE A SCHERGER,
D/B/A PROTECT PAINTERS
Plaintiff

v.

SCOTT ESTABROOKS and JTC & COMPANY, INC.,
Defendants

***************************************

## STIPULATION OF FACTS

Pursuant to this Court's Procedural Order Re: Final Pretrial Conference/Trial, Plaintiff Wayne A. Scherger d/b/a Protect Painters and Defendant JTC & Company, Inc. submit this Stipulation of Uncontested Facts1:

1. Plaintiff did business as Protect Painters.

2. Protect Painters franchised its residential painting business system to franchisees.

3. Plaintiff had a direct mail advertising piece which was used by its franchisees to advertise and obtain painting business, including the piece used in 2002.

4. Scott Estabrooks, a franchisee of Protect Painters, did not renew his franchise and went to work for JTC & Company, Inc.

5. Estabrooks had a copy of the 2002 Protect Painters direct mail piece.

6. JTC & Company had approximately 48,000 mail pieces printed in early 2003 and set up a mailing schedule.

7. JTC used the mail piece to advertise its residential painting business in 2003.

8. Plaintiff registered its copyright for its 2002 direct mail advertising copy on June 3, 2003

Respectfully Submitted:

Plaintiff

Wayne Scherger
d/b/a Protect Painters
By his Attorney,

/s Cheri L. Crow
Cheri L. Crow, Esq. BBO# 106830
23 Walkers Brook Drive
Reading, MA  01867
781-844-8470

Defendant

JTC & COMPANY, INC.,

By its attorneys,
MORISI & OATWAY, P.C.

/s Adam P. Whitney
Andrew C. Oatway BBO #561885
Adam P. Whitney BBO #637777
MORISI & OATWAY, P.C.
1400 Hancock Street, Third Floor
Quincy, MA 02169-5203
Tel: (617) 479-0400
Fax: (617) 479-6885