UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 04-12039-WGY

***********************************************
\*
WAYNE A SCHERGER, \*
D/B/A PROTECT PAINTERS \*
Plaintiff \*
\*
v. \*
\*
SCOTT ESTABROOKS and JTC & COMPANY, INC., \*
Defendants \*
\*
***********************************************

JOINT STIPULATION OF DISMISSAL

The parties stipulate that this action is dismissed with prejudice and without costs.

| Plaintiff | Defendant |
|---|---|
| Wayne Scherger<br>d/b/a Protect Painters<br>By his Attorney, | JTC & COMPANY, INC.,<br><br>By its attorneys,<br>MORISI & OATWAY, P.C. |
| *[signature]*<br>Cheri L. Crow, Esq. BBO# 106830<br>23 Walkers Brook Drive<br>Reading, MA  01867<br>781-844-8470 | *[signature]*<br>Andrew C. Oatway BBO #561885<br>Adam P. Whitney BBO #637777<br>MORISI & OATWAY, P.C.<br>1400 Hancock Street, Third Floor<br>Quincy, MA 02169-5203<br>Tel: (617) 479-0400<br>Fax: (617) 479-6885 |

Defendant

Scott Estabrooks,
By his attorney,

_____
John J. Burke, Esq. (BBO#
Law Offices of John J. Burke, LLC
30 Massachusetts Avenue #2
North Andover, MA  01845

## CERTIFICATE OF SERVICE

I, Cheri L. Crow, Esq., counsel for Plaintiff Wayne A. Scherger d/b/a Protect Painters do hereby certify that on this /5th day of August, 2005, I served a copy of the above upon all parties of record by mailing a copy of same, postage prepaid, to:

John J. Burke, Esq.
Law Offices of John J. Burke, LLC
30 Massachusetts Avenue #2
North Andover, MA  01845

Adam P. Whitney, Esq.
Morisi & Oatway, P.C.
1400 Hancock Street, Third Floor
Quincy, MA  02169-5203

_____
Cheri L. Crow